UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-00286-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | ORDER TO SEAL |
| | : | DOCKET ENTRY NO. 6 |
| ANTHONY RENARD BARNETT | : | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 6 in the above-captioned case be sealed.

This the __15th__ day of October, 2015.

_____
LOUISE W. FLANAGAN
United States District Court Judge

1